```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISLAND VIEW SHIPPING (PTY) LTD.,      :
                                      :    08 CV 01635 (DAB)
              Plaintiff,              :
                                      :    ECF CASE
     - against -                      :
                                      :
                                      :
PREMIER NAVIGATION LTD.               :
                                      :
              Defendant.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2008

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: February 20, 2008
Southport, CT

                               The Plaintiff,
                               ISLAND VIEW SHIPPING (PTY) LTD.

                               By _____
                               Patrick F. Lennon (PL 2162)
                               Nancy R. Peterson (NP 2871)
                               Coleen A. McEvoy
                               LENNON, MURPHY & LENNON, LLC
                               420 Lexington Ave., Suite 300
                               New York, NY 10170
                               Phone (212) 490-6050
                               Fax (212) 490-6070
                               pfl@lenmur.com
                               nrs@lenmur.com
                               cam@lenmur.com

Dated: February 20, 2008        SO ORDERED:
New York, New York

                               _____
                               Deborah A. Batts, U.S. D.J.